UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DEVIN RAMSUBHAG               :

                                   :

VS.                            :        DOCKET NO.

                                   :

MICHAEL J. SABOL, MATTHEW     :
CARPENTIERI, JONATHAN         :
SPAGNOLETTI, RENATO CREA,     :
and DOUGLAS CLARK            :        APRIL 4, 2022

## C O M P L A I N T

1. This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2. Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3. The plaintiff is an adult resident of Waterbury, Connecticut.

4. During all times mentioned in this complaint, the defendants were officers in the Waterbury Police Department. They are sued only in their individual capacities.

5. During all times mentioned in this Complaint, the defendants were

1

acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendants but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. In the early morning hours of November 18, 2020, in the parking lot of 141 Farmcrest Drive in Waterbury, the defendants arrested the plaintiff.

8. In the course of the said arrest, the defendant Sabol subjected the plaintiff to unreasonable and excessive force during the course of which he struck the plaintiff multiple times about the face and other areas of his body with a blunt instrument. All of the other defendants either assisted the defendant Sabol in the application of that force or observed it from positions close enough that they could have intervened to stop it. However, none of the defendants did anything to protect the plaintiff.

9. As a result, the plaintiff sustained serious physical injuries requiring medical treatment.

10. In the manner described above, the defendants subjected the plaintiff to unreasonable force in violation of the Fourth Amendment to the United States

Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

THE PLAINTIFF

BY:_____ /s/ _____ John R. Williams

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
jrw@johnrwilliams.com